# UNITED STATES BANKRUPTCY COURT

## FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

GLYN NEAL OWEN

Debtor

Chapter 13

Case No. 24-10897-BFK

### OBJECTION TO CONFIRMATION OF PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed May 13, 2024. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(3) and 11 U.S.C. §1325(a)(4) - Good Faith and Liquidation Test.**
- Debtor owns real estate in North Carolina that he failed to disclose on Schedule A/B. Further, Debtor gratuitiously conveyed that property at some point to his current spouse.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

**Notice of Objection To Confirmation**
Glyn Neal Owen, Case # 24-10897-BFK

*Attend the hearing to be held on July 25, 2024 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _June 24, 2024_     ___/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of June, 2024, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Glyn Neal Owen | Michael J.O. Sandler |
| Chapter 13 Debtor | Attorney for Debtor |
| 1131 Tournai Court | Fisher-Sandler, LLC |
| Woodbridge, VA 22191 | 12801 Darby Brooke Court, Suite 201 |
| | Woodbridge, VA 22192 |

   ___/s/ Thomas P. Gorman_____
Thomas P. Gorman