## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

GLYN NEAL OWEN

Debtor

Chapter 13

Case No. 24-10897-BFK

## AMENDED MOTION TO DISMISS

Thomas P. Gorman, Chapter 13 Trustee, has filed this amended[1] motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c) and 11 U.S.C. §1307(c)(1) - Lack of Good Faith and Unreasonable Delay.**
- Debtor failed to disclose on Schedule A/B his interest in valuable real estate in North Carolina.

**Pursuant to 11 U.S.C. §1307(c)(1) – Unreasonable Delay.**
- Debtor does not appear to be proceeding towards confirmation.

Date:  September 19, 2023

/s/ Thomas P. Gorman
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

---

[1] Amended Motion to Dismiss filed to include Debtor does not appear to be proceeding towards confirmation.

**Amended Motion to Dismiss**
Glyn Neal Owen, Case #24-10897-BFK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of September, 2024, served via ECF to authorized users or mailed a true copy of the foregoing Amended Motion to Dismiss to the following parties.

| | |
|---|---|
| Glyn Neal Owen | Michael J.O. Sandler |
| Chapter 13 Debtor | Attorney for Debtor |
| 1131 Tournai Court | Fisher-Sandler, LLC |
| Woodbridge, VA 22191 | 12801 Darby Brooke Court, Suite 201 |
| | Woodbridge, VA 22192 |

   /s/ Thomas P. Gorman_____
Thomas P. Gorman